[No. 3261-2-III.   Division Three.   March 4, 1980.]

JACK J. BENNETT, *Respondent,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 30248, Fred R. Staples, J., entered December 18, 1978. *Reversed* and *remanded* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Roe, J.

[No. 3213-2-III.   Division Three.   March 4, 1980.]

SHIRLEY CORLEEN MOORE, *Appellant,* v. RICHARD GREENVILLE, *Respondent.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 70302, Yancey Reser, J., entered December 12, 1978. *Affirmed* by unpublished opinion per Roe, J., concurred in by Green, C.J., and Munson, J.

[No. 3765-II.   Division Two.   March 5, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. JIM LEE WEST, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. C-640, Robert J. Doran, J., entered September 19, 1978. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Soule, J.